UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                        Plaintiff,<br>    v.<br><br>MORMON CHURCH, et. al.,<br><br>                        Defendants. | CASE NO. 3:23-cv-05601-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Theresa L. Fricke.  Dkt. 8.  The Court has considered the Report and Recommendation, objections, and the remaining record.

On July 6, 3023, the Plaintiff, *pro se,* filed an application to proceed *informa pauperis* ("IFP") and proposed complaint asserting claims against various defendants, including the Mormon Church and others in connection with her divorce, child custody battle, and issues surrounding her inheritance.  Dkts. 1 and 1-1.  (This is one of over twenty five cases the Plaintiff has filed this year.  *See e.g. Recinos v. Washington State Insurance Commissioner,* U.S. Dist.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Court for the W.D. Wash. case number 3:23-cv-5098 DGE; *Recinos v. State of Washington, et. al.,* U.S. Dist. Court for the W.D. Wash. case number 3:23-cv-5433 RSM; *Recinos v. Kreidler, et. al.,* U.S. Dist. Court for the W.D. Wash. case number 3:23-cv-5508 RJB; and *Recinos v. Child Protective Services, et. al.,* U.S. Dist. Court for the W.D. Wash. case number 3:23-cv-5581 MJP.) On July 28, 2023, the Plaintiff was informed of deficiencies in the proposed complaint and offered an opportunity to file a proposed amended complaint. Dkt. 6. The Plaintiff filed a proposed amended complaint. Dkts. 7. The Report and Recommendation recommends dismissal of this case without prejudice for failure to state a claim because the Plaintiff has failed to demonstrate that the Court has jurisdiction over the claims asserted here. Dkt. 8.

The Report and Recommendation (Dkt. 8) should be adopted. The Plaintiff's proposed amended complaint and her objections do not address issues raised in the Court's prior orders or the Report and Recommendation. The objections discuss her view of the Mormon Church's theology, actions by Child Protective Services in relation to her children, and contend that her ex-husband tried to kill her and failed to pay child support but was "sheltered from the law" by "Mormon lawyers." Dkt. 9. She maintains that the "Mormons began to adopt the children out" but that she was not given a shelter care hearing. *Id.* The Plaintiff asserts that she was a victim of domestic violence and that the religious counselors told her to "submit to a domestic violence situation at home." *Id.* She maintains that "[r]eligous shame and guilt were sprinkled on this family trying to recover from this trauma." *Id.* These objections do not provide a basis to refuse to adopt the Report and Recommendation. The Plaintiff has not shown that this Court has subject matter jurisdiction over this case. She has been repeatedly informed of what she must do to do so (*See e.g. Recinos v. Recinos,* U.S. Dist. Court for the W.D. Wash. case 3:23-cv-5546 RJB-TLF, Dkt. 14) and has again failed to make the required showing. The Plaintiff has failed to

show the Court has federal question jurisdiction – she has failed to allege sufficient facts to support a federal claim on which relief could be granted. 28 U.S.C. § 1331. She has not shown that the defendants have diversity of citizenship and that the amount in controversy is over $75,000.00. 28 U.S.C. § 1331.

The Report and Recommendation (Dkt. 9) should be adopted, the Plaintiff's IFP application (Dkt. 1) should be denied, and this case should be dismissed without prejudice.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 9) **IS ADOPTED**;
- The Plaintiff's IFP application **IS DENIED**; and
- This case **IS DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of September, 2023.

ROBERT J. BRYAN
United States District Judge